EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>    Miguel A. Laborde Freyre | 2004 TSPR 5<br><br>160 DPR \_\_\_\_ |

Número del Caso: AB-2002-236


Fecha: 23 de enero de 2004


 Oficina del Procurador General:
                        Lcda. Yvonne Casanova Pelosi
                        Procuradora General Auxiliar

 Abogado del Querellado:
                        Por Derecho Propio


Materia: Solicitud de Reinstalación


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Miguel A. Laborde Freyre

AB-2002-236

RESOLUCIÓN

San Juan, Puerto Rico, a 23 de enero de 2004

En cuanto a la moción titulada "Moción Informativa en Cumplimiento de Orden", el Tribunal se da por enterado. Vista la moción solicitando la reinstalación del Lcdo. Miguel A. Laborde Freyre a la abogacía, se concede dicha solicitud.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Rebollo López no intervino.

Patricia Otón Olivieri
Secretaria del Tribunal Supremo